KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney

450 Golden Gate Avenue, Tenth Floor
San Francisco, California 94102
Telephone:    (415) 436-6909
Facsimile:    (415) 436-6748
Email: jonathan.lee@usdoj.gov

Attorneys for Federal Defendants
DEPARTMENT OF VETERANS AFFAIRS
NORTHERN CALIFORNIA HEALTHCARE SYSTEM

RECEIVED
06 FEB -3 PM 3:33
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED

FEB 1 5 2006

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| E. K. WADE,<br><br>   Plaintiff,<br><br>   v.<br><br>DEPARTMENT OF VETERANS AFFAIRS, NORTHERN CALIFORNIA HEALTHCARE SYSTEM,<br><br>   Defendants. | No. C 05-4960 CRB<br><br>[~~PROPOSED~~] **ORDER GRANTING MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION OR IN THE ALTERNATIVE FOR FAILURE TO STATE A CLAIM, AND FOR RULING WITHOUT HEARING UNDER CIVIL LOCAL RULE 7-1(b)**<br><br>Date:   March 10, 2006<br>Time:   10:00 a.m.<br>Place:  Courtroom 8, 19th Floor<br>Before: Honorable Charles R. Breyer |

1    For good cause shown, the Court hereby grants the motion and dismisses this action
2    ~~parties~~ for lack of subject matter jurisdiction.

3    An FTCA lawsuit <u>must</u> be preceded by a timely administrative claim with the appropriate
4    federal agency. 28 U.S.C. § 2675(a). The claim requirement is jurisdictional and may not be
5    waived. <u>Burns v. United States</u>, 764 F.2d 722, 723 (9th Cir. 1985). The statute requires
6    complete exhaustion of administrative remedies before an action may be instituted in the district
7    court. <u>McNeil v. United States</u>, 508 U.S. 106 (1993). Even when an action is prematurely
8    instituted, a court <u>cannot</u> retain jurisdiction until the administrative remedies are exhausted.
9    <u>Jerves v. United States</u>, 966 F.2d 517, 521 (9th Cir. 1992).

10   Here, plaintiff E. K. Wade did not file his administrative claim with the Federal
11   Defendant until October 31, 2005. Under the FTCA, the government has a minimum of six
12   months to act on Mr. Wade's claim. Therefore, Mr. Wade has not exhausted administrative
13   remedies at this point.

14   The dismissal is without prejudice.

16   SO ORDERED.

18   Dated: February 15, 2006

19                                        Hon. CHARLES R. BREYER
20                                        UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on **February 3, 2006** she caused a copy of:

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION OR IN THE ALTERNATIVE FOR FAILURE TO STATE A CLAIM, AND FOR RULING WITHOUT HEARING UNDER CIVIL LOCAL RULE 7-1(b)**

to be served by mail upon the person at the place and address(es) stated below, which is the last known address:

E. K. Wade
522 North Civic Drive, Apt. D
Walnut Creek, CA 94597

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: February 3, 2006

BONNY WONG
Legal Assistant

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WADE,

           Plaintiff,

v.

DEPARTMENT OF VETERANS AFFAIRS
NORTHERN CALIFORNIA et al,

           Defendant.
_____/

Case Number: CV05-04960 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 15, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

E. K. Wade
522 North Civic Drive, Apt. D
Walnut Creek, CA 94597

Jonathan Unruh Lee
United States Attorneys Office
Northern District of California
450 Golden Gate Avenue, 10th Floor
P.O. Box 36055
San Francisco, CA 94102-3495

Dated: February 15, 2006

                                        Richard W. Wieking, Clerk
                                        By: Barbara Espinoza, Deputy Clerk